574

377 A.2d 188

Commonwealth v. Stratton, Appellant.

Submitted June 28, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 188

Commonwealth v. Tasco, Appellant.

Submitted September 13, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in *Commonwealth v. McCusker*, 245 Pa. Superior Ct. 402, 404–410, 369 A.2d 465, 466–469 (1976) (Dissenting Opinion by SPAETH, J.).